IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00106-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON JASON COPE,

    Defendant.

## TRANSFER ORDER

THIS MATTER is before the Court on review of the file.  Due to a conflict in trial dates for this trial and another case on Judge Brimmer's calendar, speedy trial requirements in this case cannot be met without reassignment of this case to another judge.  Accordingly, pursuant to D.C.COLO.LCrR 50.1.A, and the United States District Court for the District of Colorado Protocol Statement Concerning the Use of Visiting Judges approved August 12, 2009, this matter is hereby TRANSFERRED to **Judge John Tunheim of the District of Minnesota** with the understanding that Judge Tunheim will assume responsibility for the future management and trial of the case including consideration of all post-trial motions and matters, the actual trial of the case, and issues arising during jury deliberation.  Counsel shall forthwith contact Judge Tunheim's chambers to confirm applicable procedures and schedule.

    Dated:  April 29, 2011.

                                      BY THE COURT:

                                      s/Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge