IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN R. TUNHEIM

Criminal Action No. 11-cr-00106-JRT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AARON JASON COPE,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED this 7th day of June, 2011.

BY THE COURT:

_____
John R. Tunheim, Judge

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF             ATTORNEY FOR DEFENDANT